UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MINNIE SMITH,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 00-894 (GK) |
| | : | |
| **DISTRICT OF COLUMBIA,** *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

# ORDER

Upon consideration of Plaintiff's Motion for Attorney's Fees and Non-Taxable Expenses [Dkt #246], her Supplemental Motion for Attorney's Fees [Dkt #260], her Second Supplemental Motion for Attorney's Fees [Dkt #272], the Oppositions, the Replies, the Exhibits, the applicable case law, and the entire record herein, it is this 18th day of December, 2006, hereby

**ORDERED**, for the reasons stated in the accompanying Memorandum Opinion, that the Motions should be **granted in part and denied in part**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**